Submitted on petitions for review filed March 30 and June 15, petitions for review allowed; decision of the Court of Appeals vacated; case remanded to the Court of Appeals for further consideration August 25, 1994

Charles MEKKAM,
*Petitioner on Review/*
*Respondent on Review,*

*v.*

OREGON HEALTH SCIENCES UNIVERSITY,
and Douglas Mcdonald,
*Respondents on Review/*
*Petitioners on Review.*

(CC 9103-01566; CA A75085; SC S41206, S41385)

879 P2d 180

Richard C. Busse and Scott N. Hunt, Portland, filed the petition for petitioner on review/respondent on review.

Jas. Adams, Assistant Attorney General, Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem, filed the petition and response for respondents on review/petitioners on review.

MEMORANDUM OPINION

## MEMORANDUM OPINION

The petitions for review are allowed.[1] The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in the light of *Rivers v. Roadway Express, Inc.,* ____ US ____, 114 S Ct 1510, 128 L Ed 2d 274 (1994).

---

[1] Our allowance of both petitions does not represent any opinion as to the validity of any argument asserted by either petitioner.